UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARIS DEIOR STUDIOS, LLC, ET AL.,

        Plaintiffs,

v.

OZONE MUSIC AND SOUND, ET AL.,

        Defendants.
                                    /

Case No. 13-11819

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE LAURIE J. MICHELSON

## ORDER ADOPTING IN PART THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [52] AND GRANTING IN PART DEFENDANT'S SECOND MOTION FOR CONTEMPT [48]

Before the Court is the Magistrate Judge's Report and Recommendation [52], filed on January 24, 2014. As of the date of this order, no objections have filed to the Report and Recommendation [52].

In the Report and Recommendation [52], the Magistrate Judge recommends the Court grant in part and deny in part Defendant Fidelity Capital Groups's Second Motion for Contempt [48]. Specifically, the Magistrate Judge recommends denying the Second Motion for Contempt [48] as to Plaintiffs' alleged criminal violations, and granting the Motion [48] as to Plaintiffs' failure to follow the Court's previous orders.

As to these latter violations, the Magistrate Judge recommends four separate sanctions. Having reviewed the record, the Court finds the third sanction requiring the

Plaintiffs to show cause unnecessary at this time. However, the Court adopts all other sanctions as detailed by the Magistrate Judge.

Therefore, the Report and Recommendation [52] of the Magistrate Judge is hereby **ADOPTED IN PART** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant's Second Motion for Contempt [48] is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that the Report and Recommendation [52] of the Magistrate Judge is **ADOPTED IN PART**.

**SO ORDERED**.

                s/Arthur J. Tarnow
                ARTHUR J. TARNOW
                SENIOR UNITED STATES DISTRICT JUDGE

Dated: May 22, 2014

_____

### CERTIFICATE OF SERVICE

I hereby certify on May 22, 2014 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on May 22, 2014: **Parrish Redd**

                s/Michael E. Lang
                Case Manager to
                District Judge Arthur J. Tarnow
                (313) 234-5182